May 23, 2024

Chief Judge Margo K. Brodie

Case # 2022R0049

United States District Court for the New York Eastern District
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Chief Judge Brodie:

We are reaching out to you with a request to impose the maximum sentence in the case USA v. Apolinaris - Case # 2022R0049. The defendant, Mr. Apolinaris, seriously endangered young people in the neighborhood by selling illegally substances like fentanyl. Actions of Mr. Apolinaris resulted in tragic event – death of a young man from fentanyl overdose. This young man was our coworker's son and we felt how this tragedy devastated another life, the life of a mother, sister and all other relatives. Everyone at work felt like this tragedy made its heavy dramatic impression on all of us, because we lost our friend too. She never returned to work after her son left this world.

Yet, not so long time ago, my neighborhood community, where I and my husband live in Jenkintown, PA suffered from a similar loss as a member of our community lost her second (!) son due to overdose.

Sadly, epidemic with related causes of death is growing. Families, friends, and the community grieving for loved ones who died from drug overdoses are left with their immense pain and. Those individuals, like Mr. Apolinaris, should be brought to justice and kept away from their potential victims. We are kindly asking to consider the maximum time behind the bars for the defendant.

Thank you for your attention in this matter.

Sincerely,

Sincerely,

Andrey and Tetyana Mykich

ANDREW & TETYANA MCKICH
719 LOS ANGELES AVE
JENKINTOWN, PA 19046

NEW YORK NY 100
23 MAY 2024 PM 6 L

Chief Judge M. Brodie
US District Court for NY Eastern District
225 Cadman Plaza East
Brooklyn, NY 11201

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 29 2024 ★
BROOKLYN OFFICE

11201-183299